UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

BANK OF AMERICA, N.A.,                          :

                Plaintiff,                :

    -against-                              :   Civ. Action No.

CREDIT SUISSE INTERNATIONAL,       :

                Defendant.           :

------------------------------------------------------------x

JUDGE DANIELS

07 CIV 7064

### CORPORATE DISCLOSURE STATEMENT
### PURSUANT TO RULE 7.1

      Pursuant to Federal Rule of Civil Procedure 7.1, plaintiff Bank of America, N.A. hereby discloses that it is an indirect, wholly-owned subsidiary of Bank of America Corporation. Bank of America Corporation (NYSE symbol BAC) is a publicly traded company. Bank of America Corporation has no parent company, and no publicly traded company owns more than 10% of its stock.

Dated: New York, New York
       August 8, 2007

                                      LLOYD S. CLAREMAN
                                      LC-8385
                                      121 East 61st Street
                                      New York, New York 10065
                                      Tel. No. (212) 751-1585
                                      Fax No. (212) 838-0814
                                      lloyd.clareman@clareman.com

                                      Attorney for Plaintiff
                                      Bank of America, N.A.