UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

BANK OF AMERICA, N.A.,                    :

                Plaintiff,              :

    -against-                             :        07 Civ. 7064 (GBD) (DF)

CREDIT SUISSE INTERNATIONAL,          :

                Defendant.              :

------------------------------------------------------------x

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), no answer or motion for summary judgment having been filed by the adverse party herein, plaintiff Bank of America, N.A. hereby voluntarily dismisses the above-captioned action, without prejudice.

Dated: New York, New York
       August 15, 2007

                                        LLOYD S. CLAREMAN
                                        LC-8385
                                        121 East 61st Street
                                        New York, New York 10065
                                        Tel. No. (212) 751-1585
                                        Fax No. (212) 838-0814
                                        lloyd.clareman@clareman.com

                                        Attorney for Plaintiff
                                        Bank of America, N.A.